IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT ALAN RICHARDS,** | CIV S-05-0261 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KATHY MENDOZA-POWERS,** | |
| Respondent. | |

Respondent has requested an enlargement of time in which to file an response to the petition for writ of habeas corpus.

1. GOOD CAUSE APPEARING, Respondent's request for an enlargement of time is hereby granted; and

2. Respondent's response to the petition for writ of habeas corpus is due within thirty days of the date of this order.

DATED:  6/20/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

rich261.eot06

1