IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN RICHARDS,

    Petitioner,               No. CIV S-05-0261 LKK GGH P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Respondents.        <u>ORDER</u>

                            /

        Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court has been informed by the California Department of Corrections and Rehabilitation that petitioner has been released on parole. However, petitioner did not file a notice of change of address reflecting his new address.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall show cause for his failure to file a notice of change of address; failure to comply with this order will result in a recommendation of dismissal of this action.

DATED:   02/25/08

                                         /s/ Gregory G. Hollows

                                   UNITED STATES MAGISTRATE JUDGE

rich261.osc